(February 9, 1953.)

◼

4921 REALTY CORP., Respondent, v. RUDBAN COATS, INC., Appellant.—Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.

◼

MARY A. GIFFORD, Respondent, v. THOMAS M. GIFFORD, Appellant.— Motion referred to the court that rendered the decision. Present — Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. Motion to modify order of December 29, 1952, denied, without costs. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ. [See ante, p. 712.]

◼

In the Matter of the Application of REUBEN T. BLUM for Admission to Practice as an Attorney.— Motion for leave to renew application denied. Present — Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

◼

In the Matter of the Application of DAVID KIRSCHENBAUM for Admission to the Bar.— Motion for leave to file a new application denied. Present — Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

◼

In the Matter of the Application of HARRY R. WARREN for Admission to Practice as an Attorney. (From the State of Florida — Also Admitted in Illinois.) — Motion for reconsideration of application denied. Present — Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

◼

MULTIPLE TRADING CORPORATION, for Itself and for All Other Creditors, et al., Appellants, v. BARNETT STEIN et al., Respondents, et al., Defendants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ. Motion for reargument denied, with $10 costs. Present — Nolan, P. J., Carswell, Wenzel and Schmidt, JJ. [See ante, p. 705.]

◼

E. F. W. WILDERMUTH, Appellant, v. KENNETH T. NEWCOMB, Respondent. (Action No. 1.) E. F. W. WILDERMUTH, Appellant, v. KENNETH T. NEWCOMB, Respondent. (Action No. 2.) — Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, MacCrate and Beldock, JJ.; Schmidt, J., not voting. [See ante, p. 691.]